UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSE MEDARDO RODRIGUEZ and CLAUDIA SANCHEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; BRISTOL ASSOCIATES, LLC; DENISE ANAYA; FERNANDO RIOS; PROFESSIONAL PROTECTION GROUP; TUAN LE; AMY ESTHER MCALLISTER; CONTINENTAL FINANCIAL NETWORK; THE FOREMOST LAW; RHONDA K. WALKER; and/or JOH DOES 1-10<br>Defendants. | CASE NO.: 2:15-cv-04890-ODW-AGR<br><br>Hon. Otis D. Wright II, Judge<br><br>**JUDGMENT OF DISMISSAL** |

On December 29, 2015, the Court issued an Order (ECF No. 30) granting Defendant Federal National Mortgage Association's Motion to Dismiss Complaint without leave to amend. Accordingly, good cause exists to enter judgment in this matter.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT:**

Judgment shall be, and hereby is, entered against Plaintiffs Jose Medardo Rodriguez and Claudia Sanchez, and in favor of Defendant Federal National

Mortgage Association.  Defendant is hereby dismissed from Plaintiffs' action with prejudice, Plaintiffs shall take nothing against Defendant, and each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

January 4, 2016

_____
           **OTIS D. WRIGHT, II**
     **UNITED STATES DISTRICT JUDGE**