JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Jose Medardo Rodriguez et al., | ) | Case No. CV 15-04890-ODW(AGRx) |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| Federal National Mortgage Association et al., | ) | |
| Defendants. | ) | |

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: June 20, 2016

OTIS D. WRIGHT, II
United States District Judge